## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 11-cv-2519-WYD-MJW

TELECOMMUNICATION
SYSTEMS, INC.

                PLAINTIFF,

v.

TRACBEAM, L.L.C.,

                DEFENDANT.

**SUMMONS**

To the above named Defendant:

**TracBeam, L.L.C.**
**c/o Dennis Dupray**
**1801 Belvedere Drive**
**Golden, Colorado 80401**

You are hereby summoned and required to serve upon plaintiff's attorney, whose address is:

Victor M. Morales, #16974
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
5613 DTC Parkway, Suite 1100
P.O. Box 4467
Englewood, CO 80155-4467

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 21 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____

(Seal of the Court)

Date: Sept 28, 2011

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## District of Colorado

Case Number: 11CV2519-WYD-MJW

Plaintiff:
**TELECOMMUNICATION SYSTEMS INC**

vs.

Defendant:
**TRACBEAM LLC**

For:
Victor M. Morales
McElroy Deutsch Mulvaney & Carpenter LLP
5313 DTC Pkwy, Ste 1100
Greenwood Village, CO 80155

Received by Hibernia, Inc. to be served on **TRACBEAM LLC C/O DENNIS DUPRAY, 1801 BELVEDERE DR., GOLDEN, Jefferson County, CO 80401**.

I, Clive Mulvihill, do hereby affirm that on the **3rd day of October, 2011 at 10:15 am**, I:

Served **TRACBEAM LLC** by delivering the **SUMMONS, COMPLAINT AND EXHIBITS 1, 2 &3; CIVIL CASE COVER SHEET in accordance with C.R.C.P. RULE 4 (e) (4)**, to: **DENNIS DUPRAY** as **REGISTERED AGENT**, of/to **TRACBEAM LLC** at the address of: **1801 BELVEDERE DR., GOLDEN, Jefferson County, CO 80401**.

I certify that I am over the age of 18 and have no interest in the above action.

_____
Clive Mulvihill

**Hibernia, Inc.**
**1746 Cole Blvd., Ste 225**
**Golden, CO 80401**
**(303) 996-0641**

Our Job Serial Number: HBI-2011002664
Ref: PC10204-PM45845