IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-02519-WYD-MJW

TELECOMMUNICATION SYSTEMS, INC., a Maryland company,

    Plaintiff,

v.

TRACBEAM, L.L.C., a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to File Surreply to Defendant's Motion to Transfer (ECF No. 14) is **GRANTED.**   The Surreply attached to the motion is accepted for filing.

    January 4, 2012